# Court of Appeals
# of the State of Georgia

ATLANTA, August 07, 2017

*The Court of Appeals hereby passes the following order*

**A17D0548. SPRATT HOWARD v. MARTY ALLEN.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2017NH3



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, August 07, 2017.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*